UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DARRELL GUNN, 03-B-2443,

                Plaintiff,

        -v-

ABRUNZO, et al.,

                Defendants.

**NOTICE OF APPEARANCE**

16-CV-6206

---

      **PLEASE TAKE NOTICE** that Letitia James, Attorney General of the State of New York, by Heather L. McKay, Assistant Attorney General, of counsel, 144 Exchange Boulevard, Suite 200, Rochester, New York 14614 appears as Attorney for defendants Bescler, Claflin, Coles, Perry, and Schieber in the above captioned Action and will replace Assistant Attorney General Bernard F. Sheehan as the attorney of record.  Assistant Attorney General Bernard F. Sheehan is to be terminated from the case.

      Defendants demand that copies of all pleadings in the above matter be served on their Attorney, Letitia James, Attorney General of the State of New York, by

Heather L. McKay, Assistant Attorney General, of counsel, electronically at

Heather.McKay@ag.ny.gov or by mail at 144 Exchange Boulevard, Suite 200,

Rochester, New York 14614.

Dated:	May 23, 2019
	Rochester, NY

	LETITIA JAMES
	Attorney General of the State of New York
	Attorney for Defendants Bescler, Claflin, Coles,
	Perry, and Schieber

	s/ Heather L. McKay
	HEATHER L. MCKAY
	Assistant Attorney General of Counsel
	NYS Office of the Attorney General
	144 Exchange Boulevard, Suite 200
	Rochester, New York 14614
	Telephone:  (585) 546-7430
	Heather.Mckay@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on May 23, 2019, I electronically filed the foregoing Notice of Appearance on behalf of defendants with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1.   n/a

And, I hereby certify that I have mailed, by the United States Postal Service, a copy of the document to the following non-CM/ECF participant(s):

1.   Darrell Gunn, 03-B-2443
     Green Haven Correctional Facility
     594 Rt. 216
     Stormville, New York 12582-0010

>   LETITIA JAMES
>   Attorney General of the State of New York
>   Attorney for Defendants Bescler, Claflin, Coles, Perry, and Schieber
>
>   s/ Heather L. McKay
>   HEATHER L. MCKAY
>   Assistant Attorney General of Counsel
>   NYS Office of the Attorney General
>   144 Exchange Boulevard, Suite 200
>   Rochester, New York 14614
>   Telephone:  (585) 546-7430
>   Heather.Mckay@ag.ny.gov