UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DARRELL GUNN, 03-B-2443,

        Plaintiff,

  -vs-

CHAD BESCLER, et al.,

        Defendants.
_____

**NOTICE TO *PRO SE* LITIGANT REGARDING RULE 56 MOTION FOR SUMMARY JUDGMENT**

**16-CV-6206**

  **PLEASE BE ADVISED,** that pursuant to Local Rule 56(b) of the Western District of New York:

**Notice to Pro Se Litigant Opposing Motion for Summary Judgment.**

  Plaintiff is hereby advised that the defendants Perry, Claflin, Beschler, and Schieber ("Defendants") have asked the Court to decide this case without a trial, based on written materials, including affidavits, submitted in support of the motion. THE CLAIMS PLAINTIFF ASSERTS IN HIS COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF HE DOES NOT RESPOND TO THIS MOTION by filing his own sworn affidavits or other papers as required by Rule 56. An affidavit is a sworn statement of fact based on personal knowledge that would be admissible on evidence at trial. In the event Plaintiff contends that certain facts or documents are necessary to oppose this motion, which are within Defendants' knowledge and unavailable to Plaintiff, Plaintiff may file a motion pursuant to Federal Rule of Civil Procedure 56(d).

Attached as **Exhibit A** is a copy of Local Rule 56.

Dated: February 18, 2021
Rochester, New York

          LETITIA JAMES
          Attorney General for the State of New York
          *Attorney for Defendants*

          ___s/ Heather L. McKay_____
          HEATHER L. MCKAY
          Assistant Attorney General of Counsel
          NYS Office of the Attorney General
          144 Exchange Boulevard, Suite 200
          Rochester, New York 14614
          Telephone: (585) 546-7430
          heather.mckay@ag.ny.gov

**CERTIFICATE OF SERVICE**

I certify that on February 18, 2021, I electronically filed the foregoing Notice to *Pro Se* Litigant Regarding Rule 56 Motion for Summary Judgment with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. n/a

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

1. Darrell Gunn
   03-B-2443
   SING SING CORRECTIONAL FACILITY
   354 Hunter Street
   Ossining, NY 10562-5498

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*

  s/ Heather L. McKay
HEATHER L. MCKAY
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone: (585) 546-7430
heather.mckay@ag.ny.gov

# EXHIBIT A

## *PRO SE* NOTICE

Plaintiff is hereby advised that the defendant has asked the Court to decide this case without a trial, based on written materials, including affidavits, submitted in support of the motion. THE CLAIMS PLAINTIFF ASSERTS IN HIS/HER COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF HE/SHE DOES NOT RESPOND TO THIS MOTION by filing his/her own sworn affidavits or other papers as required by Rules 56(c) and (e) of the Federal Rules of Civil Procedure. An affidavit is a sworn statement of fact based on personal knowledge that would be admissible in evidence at trial.

In short, Rule 56 provides that plaintiff may NOT oppose summary judgment simply by relying upon the allegations in the complaint. Rather, plaintiff must submit evidence, such as witness statements or documents, countering the facts asserted by the defendant and raising issues of fact for trial. Any witness statements, which may include plaintiff's own statements, must be in the form of affidavits. Plaintiff may file and serve affidavits that were prepared specifically in response to defendant's motion for summary judgment.

Any issue of fact that plaintiff wishes to raise in opposition to the motion for summary judgment must be supported by affidavits or by other documentary evidence contradicting the facts asserted by defendant. If plaintiff does not respond to the motion for summary judgment on time with affidavits or documentary evidence contradicting the facts asserted by defendant, the Court may accept defendant's factual assertions as true. Judgment may then be entered in defendant's favor without a trial.

Pursuant to Rules 7(a) and 56(a) of the Local Rules of Civil Procedure for the Western District of New York, plaintiff is required to file and serve the following papers in opposition to this motion: (1) a memorandum of law containing relevant factual and legal argument; (2) one or more affidavits in opposition to the motion; and (3) a separate, short, and concise statement of the material facts as to which plaintiff contends there exists a genuine issue to be tried, followed by citation to admissible evidence. In the absence of such a statement by plaintiff, all material facts set forth in defendant's statement of material facts not in dispute will be deemed admitted. A copy of the Local Rules to which reference has been made may be obtained from the Clerk's Office of the Court.

If plaintiff has any questions, he/she may direct them to the Pro Se Office.

Plaintiff must file and serve any supplemental affidavits or materials in opposition to defendant's motion no later than the date they are due as provided in Rule 7(b) of the Local Rules of Civil Procedure for the Western District of New York.